■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL RUFFELL, Appellant. [864 NYS2d 347]—

Appeal from a judgment of the Livingston County Court (Robert B. Wiggins, J.), rendered June 5, 2007. The judgment convicted defendant, upon a jury verdict, of assault in the second degree and criminal possession of a weapon in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of assault in the second degree (Penal

Law § 120.05 [2]) and criminal possession of a weapon in the fourth degree (§ 265.01 [2]). We reject defendant's contention that County Court erred in requiring defendant to provide a DNA sample. Although the People requested the DNA sample after the 45-day statutory period for discovery had elapsed (*see* CPL 240.90 [1]), we conclude under the circumstances of this case that the motion was properly granted for "good cause shown" before the commencement of the trial (*id.*). The People established that the DNA test results from the knife used to stab the victim would result in material and relevant evidence (*see People v Shields,* 155 AD2d 978 [1989], *lv denied* 75 NY2d 818 [1990]), and "the delay itself did not cause defendant any prejudice" (*People v Lewis,* 44 AD3d 422, 422-423 [2007], *lv denied* 9 NY3d 1035 [2008]; *see also People v Jenkins,* 98 NY2d 280 [2002]). We also reject defendant's contention that the verdict is against the weight of the evidence (*see generally People v Bleakley,* 69 NY2d 490, 495 [1987]). Finally, the sentence is not unduly harsh or severe. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.